| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321) |
|   | United States Attorney |
| 2 | |
|   | EUMI CHOI (WVSBN 07922) |
| 3 | Chief, Criminal Division |
| 4 | C. DAVID HALL (CSBN 66081) |
|   | Assistant United States Attorney |
| 5 | |
|   | 450 Golden Gate Avenue, Box 36055 |
| 6 | San Francisco, California 94102 |
|   | Telephone: (415) 436-7168 |
| 7 | Attorneys for Plaintiff |

FILED

MAR 0 8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,         )   No. CR 05-00798 PJH
                                  )
        Plaintiff,                 )   GOVERNMENT'S MOTION TO DISMISS
                                  )   AND (~~PROPOSED~~) ORDER
    v.                             )
                                  )
JASON THOMAS,                      )
                                  )
        Defendant.                 )
_____)

The United States Attorney's Office for the Northern District of California moves to dismiss the charges against Jason Thomas without prejudice in the above entitled indictment pursuant to Federal Rule of Criminal Procedure 48 (a), as the government has not been able to comply with the Court's order of January 4, 2006 regarding discovery. There have been no findings regarding factual guilt or innocence. The government has previously notified defense counsel, Steve Teish, of its intent to move to dismiss the action without prejudice

DATED: March 8, 2006                    Respectfully submitted,

                                        KEVIN V. RYAN
                                        United States Attorney

                                        _____
                                        C. DAVID HALL
                                        Assistant United States Attorney

MOTION TO DISMISS
[CR 05-00798] [PJH]

1 | (~~PROPOSED~~) ORDER
2 |
3 |     Upon the motion of the United States, the proceedings in the above entitled matter is
4 | dismissed without prejudice as to the defendant Jason Thomas.
5 | Dated: 3/8/06

```
                                    _____
                                    HON. PHYLLIS J. HAMILTON
                                    United States District Court Judge
```

MOTION TO DISMISS
[CR 05-00798] [PJH]